

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**KENNETH A. NOVIKOFF**
PARTNER
(516) 357-3110
ken.novikoff@rivkin.com

March 6, 2025

> Application GRANTED.  Defendant shall respond to the complaint by **April 9, 2025**.
>
> The Clerk of Court is directed to terminate ECF No. 6.
>
> SO ORDERED.
>
> *Jennifer H. Rearden*
> Jennifer H. Rearden, U.S.D.J.
> Dated: March 6, 2025

<u>**VIA ECF**</u>

Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 1010
New York, New York 10007

  Re:  *John Hazlett v. Gutman, Mintz, Baker & Sonnenfeldt, LLP.*
     Case No. 1:25-cv-01558

Your Honor:

  Rivkin, Radler LLP represents Defendant Gutman, Mintz, Baker & Sonnenfeldt, LLP, ("Gutman"), in the above referenced action.  This action was removed to the Southern District of New York on February 24, 2025.   The parties have agreed that service was deemed effectuated on February 24, 2025, and Gutman agrees not to challenge service of process at any point in this case.

  Accordingly, Gutman's time to file its responsive pleading is presently March 24, 2025.  Gutman moves for a two-week extension of time, until April 9, 2025, in which to file its responsive pleading.  Plaintiff's counsel consents.  This is Gutman's first request for such relief.

       Respectfully Submitted,

       RIVKIN RADLER, LLP

       *Kenneth A. Novikoff*

       Kenneth A. Novikoff

66 South Pearl Street, 11th Floor
Albany, NY 12207-1533
T 518.462.3000 F 518.462.4199

25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460 F 201.489.0495

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555 F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100 F 845.473.8777