


WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**KENNETH A. NOVIKOFF**
PARTNER
(516) 357-3110
ken.novikoff@rivkin.com

April 10, 2025

> Application GRANTED. Defendant Gutman, Mintz, Baker & Sonnenfeldt, LLP shall respond to the Amended Complaint by **May 7, 2025**.
>
> The Clerk of Court is directed to terminate ECF No. 12.
>
> SO ORDERED.
>
> Jennifer H. Readen, U.S.D.J.
> Dated: April 11, 2025

**VIA ECF**

Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 1010
New York, New York 10007

    Re:    *John Hazlett v. Gutman, Mintz, Baker & Sonnenfeldt, LLP.*
             Case No. 1:25-cv-01558

Your Honor:

    Rivkin Radler LLP represents Defendant Gutman, Mintz, Baker & Sonnenfeldt, LLP, ("Gutman"), in the above referenced action. Gutman respectfully requests an extension of time, from April 23, 2025, until May 7, 2025, to move or otherwise file its Answer to the Plaintiff's Amended Complaint. This is the first request for an extension of time to respond to the Amended Complaint. However, we note that the Court had granted a previous request to extend Gutman's time to answer the originally filed Complaint. This request will not impact any deadlines or dates as the Amended Complaint has added new parties who have not yet been served or appeared. Plaintiff has consented to this request.

             Respectfully Submitted,

             RIVKIN RADLER, LLP

             *Kenneth A. Novikoff*

             Kenneth A. Novikoff

4901-0211-7684, v. 1

66 South Pearl Street, 11th Floor
Albany, NY 12207-1533
T 518.462.3000 F 518.462.4199

25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460 F 201.489.0495

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555 F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100 F 845.473.8777