# EXHIBIT C

Civil Court of the City of New York  
County of  KINGS  
Part _____

Index Number 005206/KI-24  
Motion Cal. # _____   Motion Seq. # _____

## DECISION/ORDER

Recitation, as required by CPLR §2219 (a), of the papers considered in the review of this Motion:

| Papers | Numbered |
|---|---|
| Notice of Motion and Affidavits Annexed......... | |
| Order to Show Cause and Affidavits Annexed..... | |
| Answering Affidavits ............................... | |
| Replying Affidavits................................... | |
| Exhibits ............................................... | |
| Other.................................................... | |

101 Quincy LLC

Claimant(s)/Plaintiff(s)/Petitioner(s)  
against

John Hazlet

Defendant(s)/Respondent(s)

Upon the foregoing cited papers, the Decision/Order on this Motion to _____ is as follows:

Upon order of the Court: The above referenced matter is hearby discontinued, with prejudice.

X _____  
Attorney for Plaintiff

01/13/25  
Date

_____  
Judge, Civil Court

Odessa Kennedy  
Judge, Civil Court

ENTERED  
JAN 13 2025  
CIVIL COURT  
KINGS COUNTY

CIV-GP-15 (Revised, September, 1999)