

ATTORNEYS AT LAW

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000  F 516.357.3333

**WILLIAM SCHLEIFER**
COUNSEL
(516) 357-3211
william.schleifer@rivkin.com

Application GRANTED.

The Clerk of Court is directed to terminate ECF No. 56.

SO ORDERED.

*Jennifer H. Rearden*

Jennifer H. Rearden, U.S.D.J.

Dated: April 29, 2026

April 29, 2026

**VIA ECF**

Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 1010
New York, New York 10007

Re:    *John Hazlett v. Gutman, Mintz, Baker & Sonnenfeldt, LLP*
       Case No. 1:25-cv-01558 – RR File No. 721613/107

Your Honor:

We represent the Defendants, Gutman, Mintz, Baker & Sonnenfeldt, LLP ("Gutman"), in the above-referenced action. Per the Court's directive, the parties have had discussions regarding the best path forward for how to resolve this matter. Plaintiff and Gutman are requesting a one-week extension of time from April 29, 2026 to May 6, 2026, to advise the Court on how the parties plan to proceed, whether they will agree to mediation, and if so, with whom. This is the first request for an extension of time.

Thank you for your consideration.

Respectfully Submitted,

RIVKIN RADLER, LLP

/s *William Schleifer*

William Schleifer

cc:    All Parties via ECF

4915-0793-6678, v. 1

66 South Pearl Street
Albany, NY 12207-1533
T 518.462.3000  F 518.462.4199

25 Main Street, Court Plaza North
Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460  F 201.489.0495

1301 Riverplace Boulevard
Jacksonville, FL 32207-9047
T 904.792.8925  F 904.467.3461

477 Madison Avenue
New York, NY 10022-5818
T 212.455.9555  F 212.687.9044

2649 South Road, Suite 100
Poughkeepsie, NY 12601-6843
T 845.473.8100  F 845.473.8777