**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
JOHN HAZLETT,

                        Plaintiff,

             -against-

GUTMAN, MINTZ, BAKER &
SONNENFELDT, LLP, 101 QUINCY LLC,
AND SMART MANAGEMENT NY INC.,

                        Defendants.
------------------------------------------------------------------------X

**25 Civ. 1558 (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

On April 20, 2026, the parties filed a joint status letter in which, inter alia, Plaintiff advised the Court that it had settled with Defendants 101 Quincy LLC & Smart Management NY Inc. and requested until June 5, 2026 to file a stipulation of dismissal as to those Defendants. The Court has received no such filing at this time.  Accordingly, Plaintiff shall file its Stipulation of Dismissal as to Defendants 101 Quincy LLC & Smart Management NY Inc. by June 15, 2026.

      **SO ORDERED.**

DATED:    New York, New York
           June 8, 2026

                                        _____
                                        The Honorable Gary Stein
                                        United States Magistrate Judge